# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| Board of Trustees of the Automotive Machinist Pension Trust )<br>)<br>*Plaintiff* )<br>v. )<br>)<br>Ross Island Sand and Gravel Company )<br>)<br>*Defendant* | '15 -MC- 03<br><br>Civil Action No. 14-CV-897RSL |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *11/13/2014*

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 12/30/2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

#60400

United States District Court
WESTERN DISTRICT OF WASHINGTON



RECEIVED
DEC 3 1 2014

BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,

v.

ROSS ISLAND SAND AND GRAVEL COMPANY

McKENZIE ROTHWELL BARLOW & COUGHRAN
JUDGMENT IN A CIVIL CASE

'15 -MC- 03
CASE NUMBER: C14-897RSL

\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of plaintiff and against defendant in the amounts of $61,262.50 in unpaid contributions, $34,618.59 in liquidated damages, $7,793.44 in interest, and actual attorney fees and costs of $1,191.50, for a total judgment of $104,866.03. Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By _Tasha MacAdam_
Deputy Clerk

November 13, 2014

William M. McCool
Clerk

/s/Tasha MacAdam
By, Deputy Clerk